**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Reginald Davenport<br>    Plaintiff,<br>v.<br>City of Chicago, a municipal corporation, Officer Regan Allen, star # 15090, | Case Number: 1:07-cv-99999<br><br>FILED: MAY 20, 2008<br>08CV2965 J. N.<br>JUDGE SHADUR<br>MAG. JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Reginald Davenport
    Plaintiff,

| |
|---|
| NAME (Type or print)<br>Theodore A. Woerthwein |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   s/ Theodore A. Woerthwein |
| FIRM<br>Woerthwein & Miller |
| STREET ADDRESS<br>200 West Madison Avenue, Suite 710 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3055264 | 312-654-0001 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐