UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Reginald Davenport
                                Plaintiff,

v.                                                Case No.: 1:08–cv–02965
                                                          Honorable Milton I. Shadur

City Of Chicago, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 25, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 7/25/2008. Status hearing set for 10/6/2008 at 09:00 AM.Mailed notce(sr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.