## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2965          Assigned/Issued By: J. N.

Judge Name:                    Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00      ☐ $39.00       ☐ $5.00

☐ IFP          ☐ No Fee       ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____       Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*

☐ Writ _____             ☐ Other
       *(Type of Writ)*                _____
                                       _____
                                       *(Type of issuance)*

2 Original and 0 copies on 7-25-08 as to ALL DEFENDANTS
                        *(Date)*